UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAWN HARRISON HOWARD and JOFFREY HOWARD<br>    Plaintiffs, | * * * * | CIVIL ACTION NO. 2:23-cv-01958 |
| vs. | * * | DISTRICT JUDGE<br>JAY C. ZAINEY/"A" |
| ALLSTATE INSURANCE COMPANY<br>Defendant. | * * * | MAGISTRATE<br>KAREN WELLS ROBY/ "4" |

*************************************************************************

## ORDER

Considering the foregoing Joint Stipulation of Dismissal with Prejudice;

IT IS ORDERED that all claims against Allstate Insurance Company, be dismissed with prejudice.

IT IS FURTHER ORDRED that each party will bear its own costs.

New Orleans, Louisiana, this 11th day of _____January_____, 2024.

_____
JUDGE